**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

The State, Respondent,

v.

Anthony M. Porterfield, Appellant.

Appellate Case No. 2015-000631

———————

Appeal From Richland County
R. Knox McMahon, Circuit Court Judge

———————

Unpublished Opinion No. 2017-UP-141
Submitted January 1, 2017 – Filed April 5, 2017

———————

**APPEAL DISMISSED**

———————

Appellate Defender Susan Barber Hackett, of Columbia,
and Anthony M. Porterfield, pro se, for Appellant.

Attorney General Alan McCrory Wilson and Senior
Assistant Deputy Attorney General John Benjamin Aplin,
both of Columbia, for Respondent.

———————

**PER CURIAM:** Dismissed after consideration of Appellant's pro se brief and review pursuant to *Anders v. California*, 386 U.S. 738 (1967). Counsel's motion to be relieved is granted.

**APPEAL DISMISSED.**[1]

**LOCKEMY, C.J., and KONDUROS and MCDONALD, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.